EDWARD A. MILLIMAN, Appellant, *v.* JOHN CHRISTGAU, Respondent.

(Argued May 3, 1888; decided June 5, 1888.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made October 24, 1885, which reversed a judgment in favor of plaintiff entered upon the report of a referee, and ordered a new trial.

*F. Brundage* for appellant.

*Jacob A. Driess* for respondent.

Agree to affirm order and for judgment absolute on stipulation.

All concur; no opinion.

Order affirmed and judgment accordingly.

---

JANE A. COLWELL et al., Appellants, *v.* JOHN BELL, Impleaded, etc., Respondent.

(Argued May 3, 1888; decided June 5, 1888.)

APPEAL from judgment of the Court of Common Pleas in and for the city and county of New York, entered upon an order made January 13, 1886, which affirmed a judgment in favor of defendant Bell, entered upon an order dismissing the complaint as to him.

*Charles Blandy* for appellants.

*Martin J. Earley* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.